United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON HANDLEY,<br>Plaintiff,<br>v.<br>EQUIFAX INFORMATION SERVICES LLC,<br>Defendant. | Case No. 26-cv-07132-JSC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff filed this Fair Credit Report Act action on July 13, 2026. The action was reassigned to the undersigned judge on September 23, 2026 and an initial case management conference scheduled for October 21, 2026. (Dkt. No. 17.) A joint case management conference statement was due October 14, 2026. See N.D Cal. L.R. 16-9. When no statement was filed, the Court extended the deadline to noon on October 16, 2026. (Dkt. No. 18.) That deadline, too, came and went with no filing. So, it appears Plaintiff is no longer interested in prosecuting this action.

Accordingly, on or before October 28, 2026, Plaintiff is ordered to show cause in writing why this action should not be dismissed pursuant to Federal Rules of Civil Procedure 41 due to a failure to prosecute and failure to follow court orders. Plaintiff is warned her failure to file a satisfactory response by that deadline may result in dismissal of this action with prejudice. In addition, the October 21, 2026 initial case management conference is continued to November 4, 2026 at 2:00 p.m. via Zoom video. A joint case management conference statement is due one week in advance.

//

//

**IT IS SO ORDERED.**

Dated: October 19, 2026

JACQUELINE SCOTT CORLEY
United States District Judge